# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0652
LT Case No. 2010-CF-000967-A

_____

GABRIEL IGLESIAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Gabriel Iglesias, Zephyrhills, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

September 9, 2026

PER CURIAM.

AFFIRMED. *See Durant v. State*, 177 So. 3d 995 (Fla. 5th DCA 2015).

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____